# LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

**SENDER**
ADAM G. SINGER
**EMAIL**
asinger@adamsingerlaw.com

**DIRECT DIAL**
(212) 842 – 2428
**FACSIMILE**
(212) 658 – 9682

June 23, 2025

**VIA ECF**

The Honorable Philip M. Halpern
United States District Judge
U.S. District Court, S.D.N.Y.
300 Quarropas Street, Room 520
White Plains, New York 10601

> Application granted. The initial conference scheduled for July 7, 2025 is adjourned to July 22, 2025 at 10:30 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 24, 2025

Re:   *Galasso v. Citizens Bank*, 7:25-cv-03205-PMH
      **Consent Letter Motion to Adjourn the Initial Conference**

Dear Judge Halpern:

    This firm represents Plaintiff in the above-referenced action ("Action"). On July 7, 2025, Plaintiff's counsel is scheduled to attend an arbitration hearing. Therefore, Plaintiff and Defendant Citizens Bank respectfully request an adjournment of the Initial Conference, currently scheduled for noon on July 7, 2025. Defendant Citizens Bank consents to Plaintiff's request for an adjournment, and this is the first such request by any party. This extension does not affect any other scheduled dates.

    After conferring with counsel for Citizens Bank, the parties request that the Court suggests new dates for the rescheduled Initial Conference. Please note that Plaintiff's counsel is not available on June 24-27; July 1; July 7; or on July 14-16, 2025. Defendant's counsel is not available from July 8 through July 11, 2025.

    Thank you for your consideration.

Respectfully submitted,

Adam G. Singer

**ROCKLAND**
400 RELLA BOULEVARD, SUITE 207- 488
MONTEBELLO, NY 10901

www.adamsingerlaw.com

**WESTCHESTER**
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601